A. ELTING BRAYTON, as Receiver of HERKIMER NATIONAL BANK, Respondent, *v.* RECTOR, CHURCH WARDENS AND VESTRYMEN OF CHRIST CHURCH, HERKIMER, Appellant.

Argued October 6, 1937; decided October 22, 1937.

*Michael D. Reilly, Dermot C. Reilly* and *William A. Glenn* for appellant.

*James P. O'Donnell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.